IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODY DALTON BAILEY, | No. 2:25-CV-03661-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| VALOR INTELLIGENT PROCESSING, LLC., | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action. The matter is set for an initial status/scheduling conference before the undersigned on February 4, 2026, at 10:00 a.m., in Redding, California. On or before January 28, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

      IT IS SO ORDERED.

Dated: December 31, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1