**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRODY DALTON BAILEY, | No.  2:25-CV-03661-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| VALOR INTELLIGENT PROCESSING, LLC., | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was set for a scheduling conference on February 4, 2026. See ECF No. 8. Plaintiff subsequently filed a motion to remand, which is noticed for hearing on March 4, 2026. See ECF No. 10. In light of Plaintiff's motion, the scheduling conference set for February 4, 2026, will be vacated and reset as necessary pending the resolution of Plaintiff's motion.

IT IS SO ORDERED.

Dated:  January 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1