IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRODY DALTON BAILEY,

Plaintiff,

v.

VALOR INTELLIGENT PROCESSING, LLC.,

Defendant.

No.  2:25-CV-03661-DJC-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion to remand, ECF No. 10. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 5, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. *See* ECF No. 16.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations filed March 5, 2026, ECF No. 16, are adopted in full.

1

2.    Plaintiff's motion to remand, ECF No. 10, is DENIED.

3.    This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2