IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRODY DALTON BAILEY,

      Plaintiff,

      v.

VALOR INTELLIGENT PROCESSING, LLC,

      Defendant.

No.  2:25-cv-3661-DJC-DMC

ORDER

Plaintiff, who is proceeding pro se, brings this civil action.  The matter is set for an initial status/scheduling conference before the undersigned on June 17, 2026, at 10:00 a.m., via Zoom.  On or before June 10, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

      IT IS SO ORDERED.

Dated:  May 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1