**BARKES LAW APC**
R. Paul Barkes
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367
Office/Cell: 818-912-9146
paul.barkes@barkeslaw.com

*Attorney for Defendant*
*Valor Intelligent Processing, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRODY DALTON BAILEY**,<br>Plaintiff,<br>v.<br>**VALOR INTELLIGENT PROCESSING, LLC**,<br>Defendant. | Case No.: **2:25-cv-03661-DJC-DMC**<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

////

Pursuant to Federal Rule of Civil Procedure 41, Brody Dalton Bailey ("Plaintiff"), and Defendant Valor Intelligent Processing, LLC ("Defendant"), by and through the undersigned counsel, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each party to bear their own fees and costs

Dated: 08/25/2026

Respectfully Submitted,

**BARKES LAW APC**

By: /s/ R. Paul Barkes
R. Paul Barkes
*Attorney for Defendant*
*Valor Intelligent Processing, LLC*

Dated: 08/25/2026

[signature]
Brody Dalton Bailey
Plaintiff, *Pro Se*

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to this case. My business address is 21550 Oxnard Street, 3rd Floor, Woodland Hills, CA 91367.

On August 25, 2026, I served the following documents:

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

on the following persons and/or entities via electronic mail addressed as follows:

Brody Dalton Bailey
25165 7th Ave
Los Molinos, CA 96055
Ph: (530) 737-3014
Bro4hunting@gmail.com

*Pro Se Plaintiff*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 25, 2026

By: */s/ R. Paul Barkes*
R. Paul Barkes