**BARKES LAW APC**
R. Paul Barkes
21550 Oxnard St., 3rd Floor
Woodland Hills, CA 91367
Office/Cell: 818-912-9146
paul.barkes@barkeslaw.com

*Attorney for Defendant*
*Valor Intelligent Processing, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRODY DALTON BAILEY**, Plaintiff,<br>v.<br>**VALOR INTELLIGENT PROCESSING, LLC**, Defendant. | Case No.: **2:25-cv-03661-DJC-DMC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice. Each party is to bear its own fees and costs.

**IT IS ORDERED.**

Dated: ________________

______________________________
Honorable Daniel J. Calabretta
District Judge