**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRODY DALTON BAILEY,<br>Plaintiff,<br>v.<br>VALOR INTELLIGENT PROCESSING, LLC,<br>Defendant. | No. 2:25-cv-3661-DJC-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The parties have filed a stipulation of voluntary dismissal. See ECF No. 21. Because the stipulation has been signed by all parties who have appeared, leave of Court is not required and the action is dismissed with prejudice on the parties' notice. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: September 10, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE